Case 2:08-cr-00336-JCC   Document 142   Filed 04/24/09   Page 1 of 4



WA/WD PTS-MOD
(6/08)

08-CR-00336-STIP

# United States District Court
## for
## Western District of Washington

**Report on Defendant Under Pretrial Services Supervision**

| Name of Defendant | Date |
|---|---|
| DUONG, Toan | April 23, 2009 |

| Name of Judicial Officer | Case Number |
|---|---|
| The Honorable James P. Donohue, U.S. Magistrate Judge | CR08-336JCC |

| Original Offense | Date Supervision Commenced |
|---|---|
| Conspiracy to Manufacture Marijuana and Manufacture of Marijuana | October 31, 2008 |

**Bond Conditions Imposed:**

12. Participate in the active Global Positioning Satellite Program and abide by all requirements of the program, under the direction of Pretrial Services. **Pretrial Services will coordinate the defendant's release with the U.S. Marshals.**

8. Travel is restricted to the Western District of Washington, or as directed by Pretrial Services.

15. Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court.

16. Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

31. Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

35. You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

48. Other The Court directs defendant's wife, Christine Lee, to surrender all current and expired passports and travel documents to the Court. Ms. Lee is not to apply for/obtain a new passport or travel document from any country without permission of the Court.

## PETITIONING THE COURT

☒ **To modify the conditions of supervision**

DELETE:

12. Participate in the active Global Positioning Satellite Program under the direction of Pretrial Services.

Report on Defendant
Under Supervision

## CAUSE

On October 31, 2008, the defendant appeared before Your Honor for a detention hearing, at which time he was released on a personal recognizance bond with pretrial services supervision and the special conditions listed on the cover page of this report.

Since his release to supervision, the defendant has remained fully compliant with the conditions of his GPS monitoring and appearance bond. He has appeared as directed, incurred no new law violations, and maintained a residence in Kent, Washington with his wife and children, whom he cares for during the day. Home contacts made with the defendant at his residence have revealed no observed concerns or violations. The defendant did not possess a passport at the time of his release, however, a passport stop notice has been sent to the State Department prohibiting his application for any new travel documents while his case is pending.

The defendant has entered a guilty plea to the underlying charges and is presently scheduled for sentencing on June 26, 2009, before The Honorable John C. Coughenour.

Both Defense counsel and Assistant U.S. Attorney have been notified and concur with the recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___23rd___ day of __April_____, 200_9__.

Brenda L. Amundson
Intensive Supervision Specialist


Approved By:
Timothy W. McTighe
Chief U.S. Pretrial Services Officer

Connie Smith
Deputy Chief U.S. Pretrial Services Officer

Report on Defendant
Under Supervision

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**
☒ **The Modification of Conditions as noted above**
☐ **Other**

_____
James P. Donohue, U.S. Magistrate Judge

Date _____April 24, 2009_____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br>vs.<br>Toan DUONG WAIVER OF HEARING<br>　　　　　　　　　Defendant, | No. CR08-336JCC<br><br>MODIFICATION OF BOND CONDITIONS |

I, Toan DUONG, have been advised that U.S. Pretrial Services Officer Brenda L. Amundson will petition the Court for modification of my bond conditions as follows:

**DELETE:**

12. Comply with the active Global Positioning Satellite program under the direction of Pretrial Services.

I have also been advised that I am entitled to a hearing before the Court in which I would be represented by legal counsel in order to contest this proposed modification. I concur with the proposed modification and hereby waive such a hearing.

Dated this 23rd day of April, 2009.

_____
Defendant, Toan DUONG

_____
Defense Counsel, Michael Martin

_____
Pretrial Services Officer, Brenda L. Amundson

WAIVER OF HEARING
RE: MODIFICATION OF BOND CONDITIONS